NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent, v MARK R. CHASSIN, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 2.)— Judgment unanimously modified, on the law and, as modified, affirmed, without costs, in accordance with the same opinion

*by* BALIO, *J., as in St. Joseph's Hosp. Health Ctr. v Department of Health* (247 AD2d 136 [decided herewith]). Present—DENMAN, P. J., LAWTON, WISNER, BALIO and BOEHM, JJ.